Order entered October 4, 2012



### In The
### Court of Appeals
### Fifth District of Texas at Dallas

---

### No. 05-12-01323-CR

---

### ERIC JERMOND DAVIS, Appellant

### V.

### THE STATE OF TEXAS, Appellee

---

**On Appeal from the 363rd District Court**
**Dallas County, Texas**
**Trial Court Cause No. F11-59063**

---

### ORDER

The Court **GRANTS** appellant's motion for extension of time to file defendant's notice of appeal and pauper's oath. We consider the notice of appeal filed in this Court on September 27, 2012 timely filed.

_____
CAROLYN WRIGHT
CHIEF JUSTICE